■ In the Matter of GUILIO RUTIGLIANO, Appellant, v WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), entered November 21, 1988, denying the petition in this CPLR article 78 proceeding, unanimously affirmed, without costs.

Petitioner has failed to demonstrate that the denial of his requests for reinstatement to the longshoremen's register under the immediate reinstatement procedure, after a hiatus of nearly six years, was irrational, arbitrary or capricious. Concur—Ross, J. P., Asch, Milonas, Rosenberger and Ellerin, JJ.